UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:                                              Case No. 15-57761

Aaron Smith,                                        Chapter 7

     Debtor.                                      Hon. Thomas J Tucker
_____/
**CHARLES L. BASCH II (P63964)**
**ATTORNEY FOR DEBTOR(S)**
100 Kercheval, Suite D
Grosse Pointe Farms, MI 48236
313-343-9930
313-343-9931 fax
debtfreedetroit@gmail.com
_____/

### STIPULATION ADJOURNING HEARING ON UNITED STATES TRUSTEES MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(B)(2) AND (3)

     NOW COMES THE DEBTOR, Aaron Smith, by and through counsel, and the United States Trustee, Daniel M McDermott, and hereby agree to the items set forth in the attached Order Adjourning Hearing on Trustees Motion to Dismiss attached as "Exhibit A".

| | |
|---|---|
| /s/ Claretta Evans w/ Consent | /s/ Charles L Basch II |
| Claretta Evans | Charles L Basch II (P63964) |
| Trial Attorney for the Office of | Attorney for Debtor |
| U.S Trustee | 100 Kercheval, Suite D |
| 211 W Fort St., Suite 700 | Grosse Pointe Farms, MI 48236 |
| Detroit, MI 48226 | 313-343-9930 chuckbasch@gmail.com |
| 313-226-7912 | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:                                                             Case No. 15-57761

Aaron Smith,                                        Chapter 7

      Debtor.                                        Hon. Thomas J Tucker
_____/

**<u>STIPULATED ORDER ADJOURNING THE UNTIED STATES TRUSTEES MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(B)(2) AND (3)</u>**

     IT IS HEREBY ORDERED THAT the hearing set for Wednesday, March 23, 2016 at 9 am is hereby adjourned to

**Wednesday, April 13, 2016 at 9 am.**

                                                                                    _____
                                                                                    Honorable Thomas J Tucker

                               Exhibit "A"