UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:  Case No. 15-57761
    Aaron Smith,  Chapter 7
              Debtor.  Hon. Thomas J Tucker
_____/

**STIPULATED ORDER ADJOURNING THE UNTIED STATES TRUSTEES MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(B)(2) AND (3)**

    IT IS HEREBY ORDERED THAT the hearing set for Wednesday, April 13, 2016 at 9 am is hereby adjourned to

**Wednesday, April 27, 2016 at 9 am.**

**Signed on April 12, 2016**

                                                         /s/ Thomas J. Tucker
                                                         Thomas J. Tucker
                                                         United States Bankruptcy Judge